Decided September 25, 2003

## STATE OF CONNECTICUT *v.* DAVID L. PALMER

The defendant's petition for certification for appeal from the Appellate Court, 78 Conn. App. 418 (AC 22713), is denied.

*Michael A. D'Onofrio,* special public defender, in support of the petition.

*Frederick W. Fawcett,* supervisory assistant state's attorney, in opposition.

Decided September 25, 2003